UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

GIORGI MELIKISHVILI #A226-006-524    CIVIL ACTION NO. 25-1863 SEC P

VERSUS    JUDGE EDWARDS

U S IMMIGRATION & CUSTOMS    MAG. JUDGE PEREZ-MONTES
ENFORCEMENT ET AL

### JUDGMENT

Before the Court is the Report and Recommendation of the Magistrate Judge (R. Doc. 17), the objection filed by Respondents (R. Doc. 19), and the response filed by Petitioner (R. Doc. 21). After conducting a *de novo* review of the record and determining that the Magistrate Judge's findings and recommendation are correct under the applicable law;[1]

**IT IS HEREBY ORDERED** that the Petition for Writ of Habeas Corpus (R. Doc. 1) is GRANTED and that petitioner, GIORGI MELIKISHVILI, be RELEASED under appropriate conditions.

THUS ORDERED AND SIGNED in Chambers this 26th day of May, 2026.

JUDGE JERRY EDWARDS, JR.
UNITED STATES DISTRICT COURT

---

[1] See *Rios v. Trump,* No. 25-1320, 2026 WL 810556 (W.D. La. Mar. 24, 2026).